MAMIE LAWRENCE, as Administratrix of the Estate of FRANK C. LAWRENCE, Deceased, Appellant, *v.* PACKARD MOTOR CAR COMPANY OF NEW YORK et al., Respondents.

Argued December 5, 1941; decided January 22, 1942.

*Stephen B. Vreeland* for appellant.

*William L. Shumate* for Packard Motor Car Company of New York, respondent.

Judgment affirmed, with costs; no opinion. (See 287 N. Y. 841.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH and LEWIS, JJ. RIPPEY, CONWAY and DESMOND, JJ., dissent in the following memorandum: The question of the time when the property in the automobile passed under the bill of sale was a question of the intention of the parties and " for the purpose of ascertaining the intention of the parties, regard shall be had to the terms of the contract, the conduct of the parties, usages of trade and the circumstances of the case." (Personal Property Law, § 99 [Cons. Laws, ch. 41].) That was clearly a question of fact which should have been submitted to the jury. The dismissal of the complaint constituted error.